NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSHUA JAMES TRAVIS,                )
                                    )
          Appellant,                )
                                    )
v.                                  )       Case No. 2D16-4418
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
                                    )
_____     )

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and BLACK, JJ., Concur.